**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-2003**

———————————

In re: STEPHEN THOMAS YELVERTON,

             Appellant,

--------------------------------------

WENDELL W. WEBSTER, in his capacity as Chapter 7 Trustee in
Bankruptcy for Steven Thomas Yelverton,

             Plaintiff – Appellee,

      v.

YELVERTON FARMS, LTD.; PHYLLIS EDMUNDSON; CHARLES EDMUNDSON;
DEBORAH MARM,

             Defendants – Appellees,

      and

WADE H. ATKINSON, JR.,

             Intervenor.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge.  (5:09-cv-00331-FL)

———————————

Submitted:  December 18, 2012        Decided:  January 4, 2013

———————————

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

Stephen Thomas Yelverton, Appellant Pro Se.  Ronald L. Gibson, ERWIN & ELEAZER, PA, Charlotte, North Carolina; Matthew Scott Sullivan, WHITE & ALLEN, PA, Kinston, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Thomas Yelverton appeals the district court's orders dismissing a lawsuit filed by Yelverton and prosecuted and ultimately settled by the trustee in Yelverton's bankruptcy estate, and denying Yelverton's motion to amend that order. We have reviewed the record and find no reversible error. Accordingly, while we grant Yelverton's motions to supplement the record, we affirm for the reasons stated by the district court. Yelverton v. Yelverton Farms, Ltd., No. 5:09-cv-00331-FL (E.D.N.C. July 17 & Aug. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3